

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

DONALD SHADRACK BARRETT,    §

              Appellant,    §

v.    §

THE STATE OF TEXAS,    §

              State.    §

   §

No. 08-14-00040-CR

Appeal from the

County Crim Court No. 7

of Dallas County, Texas

(TC# M1346037H)


# **O R D E R**

The Court GRANTS the Appellant's third motion for extension of time to file the brief until **October 27, 2014.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. April E. Smith, the Appellant's Attorney, prepare the Appellant's brief and forward the same to this Court on or before **October 27, 2014.**

IT IS SO ORDERED this 16th day of October, 2014.


PER CURIAM